UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER W. CLEM,

                Plaintiff,

    v.

SOUTHWEST AIRLINES, *et al.*,

                Defendants.

Case No. C22-1453-JCC

REPORT AND RECOMMENDATION

        Plaintiff Christopher W. Clem, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff's IFP application indicates that he was last employed in January 2022, and that for the past twelve months, he has received social security and/or retirement income totaling $620.00.[1] (*See id.* at 1.) Plaintiff's IFP application further states that he has $6,900.00 in his checking account and $11,000.00 in his savings account. (*Id.* at 2.) Plaintiff has left the remainder of his IFP application blank regarding whether he owns or has an interest in any other valuable property, whether he provides for any dependents, or whether he incurs any monthly obligations. (*See id.*)

---

[1] It is unclear from Plaintiff's IFP application if Plaintiff intended to represent that this amount is instead received monthly.

REPORT AND RECOMMENDATION - 1

After careful consideration of Plaintiff's IFP application, the governing law, and the balance of the record, the Court recommends that Plaintiff's IFP application (dkt. # 1) be DENIED because Plaintiff's IFP application fails to provide complete answers or otherwise currently demonstrates that he has sufficient funds to afford the $402.00 filing fee. Plaintiff shall pay the applicable filing fee, or submit a corrected IFP application, within **thirty (30) days** of the Honorable John C. Coughenour's Order adopting this Report and Recommendation. If Plaintiff fails to pay the requisite filing fee, or submit a corrected IFP application, this case may be dismissed. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 11, 2022**.

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until Judge Coughenour acts on this Report and Recommendation. The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to Judge Coughenour.

DATED this 18th day of October, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2