UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER W. CLEM,

              Plaintiff,

   v.

SOUTHWEST AIRLINES, *et al.*,

             Defendants.

Case No. C22-1453-JCC

ORDER ADOPTING REPORT AND RECOMMENDATION

      Having reviewed Plaintiff Christopher W. Clem's application to proceed in forma pauperis ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the balance of the record, the Court finds and ORDERS:

      (1)    The Court ADOPTS the Report and Recommendation;

      (2)    Plaintiff Christopher W. Clem's IFP application (dkt. # 1) is DENIED. Plaintiff is directed to pay the $402.00 filing fee, or submit a corrected IFP application, within thirty (30) days of this Order.

      (3)    The Clerk is directed to send a copy of this Order to Plaintiff and to Judge Peterson.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

DATED this 14th day of November 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2